IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FREDERICK LUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:13-CV-4134-RWS |
| SANTANDER CONSUMER USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

COME NOW, FREDERICK LUSTER ("Mr. Luster"), Plaintiff in the above-styled civil action, and SANTANDER CONSUMER USA, INC. ("Santander"), named Defendant in the above-styled civil action, by and through their respective undersigned counsel, and hereby provide the Court with notice of the parties' recent agreement to settle all claims against Santander as alleged by Mr. Luster in the Complaint. The parties, through counsel, will file with the Court a joint stipulation of dismissal pending the execution of all settlement documents in compliance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LR 41.1 (N.D. Ga.).

[SIGNATURES FOLLOW ON NEXT PAGE]

Respectfully submitted this 10th day of February, 2014.

SKAAR & FEAGLE, LLP

/s/ Justin T. Holcombe
JUSTIN T. HOLCOMBE
jholcombe@skaarandfeagle.com
Georgia Bar No. 552100
*(Signed with express permission by Monica K. Gilroy)*
**Counsel for Plaintiff Frederick Luster**
331 Washington Avenue
Marietta, Georgia 30061-1478
Tel:  (770) 427-5600
Fax: (404) 601-1855

DICKENSON GILROY LLC

/s/ Monica K. Gilroy
MONICA K. GILROY
Monica.Gilroy@dickensongilroy.com
Georgia Bar No. 420527
**Counsel for Defendant
Santander Consumer USA, Inc.**
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel:  (678) 280-1922
Fax: (678) 280-1923

# FONT CERTIFICATION

The undersigned counsel for Defendant Santander Consumer USA, Inc. hereby certifies that the within and foregoing Notice of Settlement was prepared using Book Antiqua 13-point font in accordance with LR 5.1C (N.D. Ga.).

This 10th day of February, 2014..

/s/ Monica K. Gilroy
MONICA K. GILROY
Georgia Bar No. 427520
**Attorney for Defendant**
**Santander Consumer USA, Inc.**

DICKENSON GILROY LLC
Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: Monica.Gilroy@dickensongilroy.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FREDERICK LUSTER,                          )
                                           )
         Plaintiff,                        )
                                           )        CIVIL ACTION FILE
v.                                         )
                                           )        NO. 1:13-CV-4134-RWS
SANTANDER CONSUMER USA, INC.,              )
                                           )
         Defendant.                        )
                                           )

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with LR 5.1A (N.D. Ga.), I have this date

electronically filed the within and foregoing **NOTICE OF SETTLEMENT** in the

above-styled civil action with the Clerk of Court using the CM/ECF system, which

will automatically send e-mail notification of such filing to all counsel of record as

follows:

> James M. Feagle, Esq.
> jfeagle@skaarandfeagle.com
> SKAAR & FEAGLE, LLP
> 108 East Ponce de Leon Avenue, Suite 204
> Decatur, Georgia 30030
> *Counsel for Plaintiff*

*Continued...*

4

Justin T. Holcombe, Esq.
jholcombe@skaarandfeagle.com
SKAAR & FEAGLE, LLP
331 Washington Avenue
Marietta, Georgia 30061-1478
*Counsel for Plaintiff*

This 10th day of February, 2014.

/s/ Monica K. Gilroy
MONICA K. GILROY
Georgia Bar No. 427520
**Attorney for Defendant**
**Santander Consumer USA, Inc.**

DICKENSON GILROY LLC
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 (Telephone)
(678) 280-1923 (Facsimile)
Email: Monica.Gilroy@dickensongilroy.com